FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

'07 MAY -9 PM 1: 57

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

SHIRLEY BLACK,                   )
    Plaintiff,               )
v.                               )        Case No. CV406-78
                                 )
JO ANNE B. BARNHART,             )
*Commissioner of Social Security,*   )
    Defendant.               )

## O R D E R

Let a copy of this Report and Recommendation be served upon plaintiff and counsel for the defendant. Any objections to this Report and Recommendation must be filed with the Clerk of Court not later than May 23, 2007. The Clerk shall submit this Report and Recommendation together with any objections to the Honorable William T. Moore, Jr., Chief Judge, on May 24, 2007. Failure to file an objection within the specified time means that this Report and Recommendation may become the opinion and order of the Court, Nettles v. Wainwright, 677 F.2d 404 (5th Cir. 1982), and further waives the right to appeal the District Court's Order. Thomas v. Arn, 474 U.S. 140 (1985).

All requests for additional time to file objections to this Report and Recommendation should be filed with the Clerk for consideration by the District Judge to whom this case is assigned.

SO ORDERED this 9th day of May, 2007.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

SHIRLEY BLACK,                    )
                                  )
    Plaintiff,    )
                                  )
v.                                )       Case No.  CV406-78
                                  )
JO ANNE B. BARNHART,              )
*Commissioner of Social Security,*  )
                                  )
    Defendant.    )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

objections have been filed.  Accordingly, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _____ day of _____, 2007.

_____
**WILLIAM T. MOORE, JR., CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

SHIRLEY BLACK,                    )
                                  )
    Plaintiff,            )
                                  )
v.                                )      Case No.  CV406-78
                                  )
JO ANNE B. BARNHART,              )
*Commissioner of Social Security,*  )
                                  )
    Defendant.           )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _____ day of _____, 2007.

_____
**WILLIAM T. MOORE, JR., CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**